**FILED IN CHAMBERS**
U.S.D.C ATLANTA

Date: __May 13 2020__

JAMES N. HATTEN, Clerk

By: __s/B. Evans__
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America                     Case Number:  1:20-MJ-370
v.
Maurice Fayne, a/k/a "Arkansas Mo"

_____

In the Matter of the Search of               Case number: 1:20-MC-833
Property located at
4029 Mountain Side Trail,
Dacula, GA 30019-7266

_____

In the Matter of the Seizure of:             Case Number: 1:20-MJ-364
Any and all funds maintained in
Navy Federal Credit Union
Account Number 7100050090,
Held in the name of Maurice Fayne

_____

In the Matter of the Seizure of:             Case Number: 1:20-MJ-361
Any and all funds maintained in
Wells Fargo Bank
Account Number 3025920467,
held in the name of Cawanza Wilkins

_____

In the Matter of the Seizure of:             Case Number: 1:20-MJ-360
Three assorted pieces of
custom-made jewelry

_____

In the Matter of the Seizure of:             Case Number:  1:20-MJ-355
Any and all funds maintained in
United Community Bank, Inc.
Account Number 2013151408,
held in the name of Flame Trucking, Inc.

## **ORDER**

Having read and considered the Government's Motion to Unseal, and for good cause shown, the Motion is hereby GRANTED, and it is hereby ORDERED that all sealed documents in the above-styled cases be UNSEALED.

So ORDERED this 13th day of May, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
AUSA Russell Phillips