**MAGISTRATE'S CRIMINAL MINUTES – COMPLAINT**     FILED IN OPEN COURT

DATE: 5/13/20 @ 2:21 p.m.

TAPE: FTR

TIME IN COURT: 45 Mins.

MAGISTRATE JUDGE: JUSTIN S. ANAND     COURTROOM DEPUTY: B. Evans

CASE NUMBER: 1:20-mj-370 - JSA     DEFENDANT'S NAME: Maurice Fayne

AUSA: Russell Phillips, Bernita Malloy, Mike Brown     DEFENDANT'S ATTY: Tanya Miller

USPO / PTR: J. Crawford     ☒ Retained  ☐ CJA  ☐ FDP  ☐ Waived

_____ Arrest Date: _____

__x__ Initial appearance hearing held.

_____ Interpreter sworn: _____

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.   _____ INITIAL APPEARANCE ONLY.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

_____ ORDER giving defendant _____ to employ counsel.   ☐ Verbal   ☐ Order to follow

## PRELIMINARY HEARING

_____ Preliminary hearing set/reset/cont to _____ @ _____

__x__ Defendant WAIVES preliminary hearing.   __x__ Oral WAIVER FILED

_____ Preliminary hearing HELD.   _____ Probable cause found; defendant held to District Court

_____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed. Pretrial hearing set for _____ @ _____

_____ Temporary Commitment issued. Remanded to USM.

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention  ☐ Granted  ☐ Denied  ☐ Waived  ☐ Withdrawn

_____ Pretrial detention ordered.  _____ Written order to follow

|   |   |   |   |
|---|---|---|---|
| \_\_\_\_\_ BOND set at $ 10,000.00 | \_\_\_\_\_ SURETY | x \_\_\_\_\_ NONSURETY |
| \_\_\_\_\_ cash | \_\_\_\_\_ property | \_\_\_\_\_ corporate surety ONLY |

  x    SPECIAL CONDITIONS:    Locational monitoring; curfew (as directed by PTS).

  x    Bond filed. Defendant released.

\_\_\_\_\_  Bond not executed. Defendant to remain in Marshal's custody.

\_\_\_\_\_  Motion  ()  verbal    to reduce/revoke bond filed.

\_\_\_\_\_  Motion to reduce/revoke bond    \_\_\_\_\_ GRANTED    \_\_\_\_\_ DENIED

WITNESSES:

EXHIBITS:

Original Exhibits    \_\_\_\_\_ RETAINED by the Court    \_\_\_\_\_ RETURNED to counsel